# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO GARCIA,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**1000 STOCKTON STREET LLC, ET AL.,**<br><br>    Defendants. | Case No. 4:21-CV-6259-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 12 |

Plaintiff has filed a notice of settlement and request to vacate all currently set dates. (Dkt. No. 12.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within seventy-five (75) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**